Pat Ohora bankruptcy - CreditorMatrix

Amerifinancial Solutions
PO Box 7
Vassar, MI 48768


Capital One Bank NA


Legend Landscape Design
34 Glendale Rd
Park Ridge, NJ 07656


NJ Department of Labor
PO Box 387
Trenton, NJ 08625


Nationstar Mortgage
8950 Cypress Walters Blvd
Coppell, TX 75019


Penn Credit Corp
916 S 14th Street
PO Box 988
Harrisburg, PA 17108


Radiology Assoc. of Ridgewood PA
c/o C.Tec Collections Inc.
PO Box 402
Mt. Sinai, NY 11766


Specialty Orthopedics of New Jersey PA
1124 East Ridgewood Avenue
Suite 201
Ridgewood, NJ 07450


TD Bank
PO Box 16029
Lewiston, ME 04240


The Valley Hospital
PO Box 18998
Newark, NJ 07191